PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
  6401 Security Boulevard
  Baltimore, MD 21235
  Telephone: 510-970-4810
  Facsimile: 415-744-0134
  Email: caspar.chan@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| KATRINA POWERS,<br><br>   Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:22-cv-01034-SKO<br><br>**ORDER GRANTING STIPULATION and UNOPPOSED MOTION FOR VOLUNTARY REMAND**<br><br>**(Doc. 16)** |

  IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

  On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Order Granting Unopposed Motion for Voluntary Remand; 1:22-cv-01034-SKO      1

1

Respectfully submitted,

2

3  Date: _March 1, 2023_                    LAW OFFICES OF FRANCESCO BENAVIDES

4                                            By:    _/s/ Caspar Chan for Francesco Benavides*_
                                                   FRANCESCO BENAVIDES
5                                                  *Authorized by email on _March 1, 2023_
6                                                  Attorneys for Plaintiff

7

8  Date: _March 1, 2023_                    PHILIP A. TALBERT
                                            United States Attorney
9                                           Eastern District of California

10                                          By:    _/s/ Caspar Chan_____
                                            CASPAR CHAN
11                                          Special Assistant United States Attorney
12                                          Attorneys for Defendant

13                                          <u>ORDER</u>

14

15         Based upon the parties' foregoing stipulation and unopposed motion to voluntary

16  remand pursuant to Sentence Four of 42 U.S.C. § 405(g) and to entry of judgment (Doc. 16),

17  and for cause shown,

18         **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of

19  Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the

20  Social Security Act, 42 U.S.C. 405(g).

21         **IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment for Plaintiff

22  and close the case.

23  IT IS SO ORDERED.

24

25  Dated:    **March 1, 2023**                          _/s/ Sheila K. Oberto_____
                                                    UNITED STATES MAGISTRATE JUDGE
26

27

28

Order Granting Unopposed Motion for Voluntary Remand; 1:22-cv-01034-SKO                    2